IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLY PORRECA AND | : | |
| CHARLES WALTON, on behalf | : | CIVIL ACTION |
| of themselves and all others | : | |
| similarly situated, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE ROSE GROUP | : | |
| d/b/a APPLEBEE'S NEIGHBORHOOD | : | |
| GRILL AND BAR, | : | No. 13-1674 |
| Defendant. | : | |

## ORDER

AND NOW, this **11th** day of **December, 2013**, upon consideration of Defendant's Renewed Motion to Compel Individual Arbitration and Stay Proceedings, Plaintiff's response thereto, and all replies, and for the reasons provided in this Court's Memorandum dated December 11, 2013, it is hereby **ORDERED** that:

1. Defendant's motion (Document No. 22) is **GRANTED**.

2. The proceedings in this Court are **STAYED** so that Plaintiff may arbitrate his claims.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**